COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| LAVERT LAMONT HAWKINS, | § | No. 08-20-00004-CR |
| Appellant, | § | Appeal from the |
| v. | § | 106th District Court |
| THE STATE OF TEXAS, | § | of Dawson County, Texas |
| Appellee. | § | (TC# 17-7785) |
|  | § |  |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no reversible error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 26TH OF AUGUST, 2020.

YVONNE T. RODRIGUEZ, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.